IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**OSCAR GARCIA-VARELA**                                                   **PETITIONER**

V.                                                **CIVIL ACTION NO.: 3:24-cv-134-HTW-LGI**

**SHANNON D. WITHERS,** *WARDEN*                                **RESPONDENT**

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket No. 8]**. In her Report and Recommendation filed August 30, 2024, Magistrate Judge Isaac recommended Petitioner's, Oscar Garcia-Varela ("Garcia-Varela"), 28 U.S.C. § 2241 writ of habeas corpus petition be dismissed for failure to exhaust administrative remedies. Magistrate Judge Isaac directed Garcia-Varela to file any written objections within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation **[Docket No. 8]**, this Court agrees with the Magistrate Judge that Garcia-Varela failed to exhaust his administrative remedies.

This Order commensurately hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court, and hereby **DISMISSES** the instant petition **WITHOUT PREJUDICE**.[1]

**SO ORDERED this the <u>6th</u> day of November 2024.**

                                                   <u>/s/HENRY T. WINGATE</u>
                                                   **UNITED STATES DISTRICT COURT JUDGE**

---

[1] A certificate of appealability is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005).